OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL NOTICE
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015

6/17/2015
HAINES, RODNEY STEVE    Tr. Ct. No. A05-214-1          WR-83,380-06
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347790
1300 FM 655
ROSHARON, TX  77583

REF

MEBN3B  77583